**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JOHN MASCARO, ) | CASE NO. 1:16-cv-00436-DAP |
| ) | |
| Plaintiff, ) | JUDGE DAN AARON POLSTER |
| ) | |
| vs. ) | **ORDER ADOPTING REPORT** |
| ) | **AND RECOMMENDATION** |
| COMMISSIONER OF SOCIAL, ) | |
| SECURITY ADMINISTRATION ) | |
| ) | |
| ) | |
| Defendant. ) | |

Before the Court is the Report and Recommendation of Magistrate Judge Jonathan D. Greenberg ("R & R"), Doc #. 14, which recommends that the Court vacate the Commissioner's decision and remand the matter.

Under the relevant statute,

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1). However, where a party fails to object, a district court is not required to

conduct any review, *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

Here, the Commissioner timely filed a response indicating that she does not oppose the R & R. Doc #: 15.

Accordingly, the Court **ADOPTS** the Magistrate Judge's R & R, Doc. # 14, in full, **VACATES** the Commissioner's decision, and **REMANDS** Plaintiff's case to the Social Security Administration for further proceedings consistent with this Order and the R & R.

**IT IS SO ORDERED.**

*/s/ Dan A. Polster     Dec. 20, 2016*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**